Argued and submitted February 8, 2019, reversed and remanded
January 8, 2020

Eric C. BUSH,
an individual,
*Plaintiff-Appellant,*

*v.*

CITY OF PRINEVILLE,
a political subdivision of the State of Oregon;
League of Oregon Cities and
Association of Oregon Counties,
dba Local Government Personnel Institute;
and Michael Boyd, an individual,
*Defendants-Respondents.*

Crook County Circuit Court
14CV08987; A167442

456 P3d 334

A. Michael Adler, Judge.

R. Kyle Busse argued the cause for appellant. Also on the briefs were Busse & Hunt, Roxanne L. Farra, and Roxanne L. Farra, P.C.

Janet M. Schroer argued the cause for respondents. Also on the joint brief were Lindsay H. Duncan, Hart Wagner LLP, Robert E. Franz, Jr., and Law Office of Robert E. Franz, Jr.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

PER CURIAM

Reversed and remanded.

**PER CURIAM**

This is the second of two related appeals concerning attorney fees. In *Bush v. City of Prineville (A165637)*, 301 Or App 674, 457 P3d 324 (2020) (*Bush I*), we held that the trial court erred in concluding that plaintiff's acceptance of defendants' offers of judgment and corresponding stipulated judgments entitled plaintiff to attorney fees on all of his claims. Accordingly, we reversed the supplemental judgment awarding plaintiff attorney fees, and we remanded to the trial court for further proceedings.

After the trial court awarded fees in *Bush I*, plaintiff submitted a supplemental statement of attorney fees for fees incurred in filing its attorney fee petition in *Bush I* (so-called fees on fees). The trial court denied plaintiff's supplemental request for attorney fees, because it ruled that plaintiff's request was untimely. The court entered a second supplemental judgment denying plaintiff's fees on fees request. In this case (*Bush II*), plaintiff appeals that supplemental judgment. Because we reversed and remanded the supplemental judgment awarding fees in *Bush I*, there will be ongoing litigation on the various fee issues. It is therefore appropriate to reverse the second supplemental judgment and remand to the trial court for further proceedings.

Reversed and remanded.